UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CARPENTERS HEALTH AND
WELFARE TRUST FUND OF
ST. LOUIS**,

 Plaintiff,

v.

**RENEE BELL, et al,**

 Defendants.        No. 16-cv-352-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. 23).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 9, 2016 (Doc. 24) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice.

        JUSTINE FLANAGAN,

        ACTING CLERK OF COURT

        BY:   /s/*Caitlin Fischer*
           **Deputy Clerk**

Dated: June 13, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.13
17:34:52 -05'00'

APPROVED:
   U.S. DISTRICT JUDGE
   U. S. DISTRICT COURT