UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CARPENTERS HEALTH AND
WELFARE TRUST FUND OF
ST. LOUIS**,

    **Plaintiff,**

v.

**ELIZABETH A. KORTE, et al,**

    **Defendants.**                  No. 16-cv-352-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. 23).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 9, 2016 (Doc. 24) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice.

                                  **JUSTINE FLANAGAN,**

                                  **ACTING CLERK OF COURT**

                                  **BY:**    /s/*Caitlin Fischer*
                                           **Deputy Clerk**

Dated: June 14, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.14
17:48:18 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT